```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 15-18389-elf
Akin Lackey                                                       Chapter 13
        Debtor               CERTIFICATE OF NOTICE

District/off: 0313-2         User: Marie            Page 1 of 2           Date Rcvd: Jul 15, 2016
                             Form ID: pdf900        Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db            +Akin Lackey,    1235 W. 65th Avenue,    Philadelphia, PA 19126-3608
13636242       American Education Services,    1234 Market St,    Princeton, NJ 22012
13695491      +Anson Street, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
13636244       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13636245       Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
13636246       City of Philadelphia Water Revenue Burea,    1404 John F Kennedy Blvd Fl 5,
                Philadelphia, PA 19107-3212
13700160       DITECH FINANCIAL LLC F/K/A GREEN TREE ET.AL.,    PO BOX 44265,    JACKSONVILLE FL 32231-4265
13636247       Di Tech,    306 E Clarkson Ave,   Philadelphia, PA 19120-3003
13636248       Di Tech Financial,    PO Box 94710,    Palatine, IL 60094-4710
13636249       Discvoer Financial Services, LLC,    PO Box 15316,    Wilmington, DE 19850-5316
13702272       Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
13703879       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
13672568       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13704244      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
13671251      +PennyMac Holdings, LLC,    C/O PennyMac Loan Services, LLC,    6101 Condor Drive, Suite #310,
                Moorpark, CA 93021-2602
13636253      +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, PA 19122-2898
13636255       RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13636256      +Round Point Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
13636257       Thd/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
13636258      +Web Bank/Dfs,    12234 N Interstate 35 SB Bldg B,    Austin, TX 78753-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 16 2016 01:45:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 01:43:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2016 01:45:22      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Jul 16 2016 01:45:38     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13723431       E-mail/Text: bankruptcy@phila.gov Jul 16 2016 01:45:38     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13636250       E-mail/Text: bankruptcy@icsystem.com Jul 16 2016 01:46:37     IC System, Inc.,    PO Box 64378,
                Saint Paul, MN 55164-0378
13636251      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 16 2016 01:43:30      PECO Energy,
                2301 Market St,    Philadelphia, PA 19103-1380
13658039      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 16 2016 01:43:30      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13636254       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:47:35
                Portfolio Recovery and Affiliates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13636243      ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
13636252      ##Penny Mac Loan Services, LLC,    PO Box 29247,    Phoenix, AZ 85038-9247
                                                                                 TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Marie              Page 2 of 2                  Date Rcvd: Jul 15, 2016
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Holdings, LLC Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN SERVICES, LLC,
               ITS SERVICING AGENT tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Akin   Lackey vbs00001@aol.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC.
               wmiller@sterneisenberg.com,  nmiller@sterneisenberg.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AKIN LACKEY                                    Chapter 13

                    Debtor              Bankruptcy No. 15-18389-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____     7-12-16
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

Debtor:
AKIN LACKEY

1235 W. 65TH AVENUE

PHILADELPHIA, PA 19126